■ BANK OF AMERICA, N.A. (USA), Respondent, v BAIJNATH AGIWAL, Appellant. [930 NYS2d 880]—

The appeal from the intermediate order denying the defendant's motion to dismiss the complaint for lack of personal jurisdiction must be dismissed because the right of direct appeal therefrom terminated with the entry of judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). Rivera, J.P., Balkin, Hall and Cohen, JJ., concur.